NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEHINDE TAIWO,**
*Petitioner,*

v.

**OFFICE OF COMPLIANCE,**
*Respondent.*

---

2011-6002

---

On petition for review of a decision of the Board of Directors of the Office of Compliance, case no. 10-AC-25.

---

## ON MOTION

---

## ORDER

Kehinde Taiwo moves for an extension of time, until November 14, 2011, to file his opposition to respondent's motion for summary affirmance.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dalton J. Howard, Jr., Esq.
     Peter A. Eveleth, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 0 6 2011**

**JAN HORBALY**
**CLERK**